[Criminal No. 269.   Filed January 25, 1909.]

[99 Pac. 1134.]

WILLIAM CRAWFORD, Defendant and Appellant, v. TERRITORY OF ARIZONA, Respondent.

APPEAL from a judgment of the District Court of the Fourth Judicial District, in and for the County of Yavapai. Richard E. Sloan, Judge.   Affirmed.

E. S. Clark, Attorney General, for Territory.

No appearance for Defendant.

PER CURIAM.—The appellant was convicted and sentenced for rape.   There is no assignment of errors, nor is the reporter's transcript certified by the trial judge.   No error appears upon the face of the record.   The judgment of the district court is affirmed.

---

[Civil No. 1098.   Filed January 25, 1909.]

[99 Pac. 1134.]

TIP TOP COPPER COMPANY, a Corporation, Defendant and Appellant, v. OSCAR BUCKALEW, Plaintiff and Appellee.

APPEAL from a judgment of the District Court of the First Judicial District, in and for the County of Pima. John H. Campbell, Judge.   Affirmed.

Lovell & Richey, for Appellant.

Eugene S. Ives, for Appellee.

PER CURIAM.—No abstract of the record, or brief, has been filed by the appellant, and no fundamental error appears on the face of the record.   The judgment of the district court is affirmed.